**Dale G. MAYS; Sylvia M. Wilhemi, Appellants,**

v.

**INTERNAL REVENUE SERVICE, Appellee.**

No. 03–1989.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 25, 2003.

Decided Dec. 4, 2003.

Dale G. Mays, Sylvia M. Wilhelmi, pro se, Prior Lake, MN, for Plaintiffs–Appellants.

Curtis C. Pett, Jonathan S. Cohen, Katja M. Eichinger, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Dale G. Mays and Sylvia M. Wilhelmi, husband and wife, filed the instant action, alleging the Internal Revenue Service unjustly withheld their tax refund for the 1994 tax year. The District Court[1] dismissed the action with prejudice under Federal Rule of Civil Procedure 41(b). We conclude that the District Court did not abuse its discretion: appellants produced requested discovery only after the District Court's repeated interventions, they failed to comply with court orders or to appear at scheduled conferences and hearings, and they were specifically warned that failure to comply with a particular court order would result in dismissal of their action with prejudice. *See* Fed. R.Civ.P. 41(b); *Good Stewardship Christian Center v. Empire Bank,* 341 F.3d 794, 797 (8th Cir.2003) (standard of review); *Rodgers v. Curators of Univ. of Mo.,* 135 F.3d 1216, 1219 (8th Cir.1998); *Aziz v. Wright,* 34 F.3d 587, 589 (8th Cir.1994), *cert. denied,* 513 U.S. 1090, 115 S.Ct. 752, 130 L.Ed.2d 652 (1995).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.